**Order entered April 19, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00418-CV

### IN RE MICHAEL D. WILLIAMS, Relator

**Original Proceeding from the County Criminal Court of Appeals No. 2
Dallas County, Texas
Trial Court Cause No. MB92-39325-M**

## ORDER
Before Chief Justice Wright, Justice Lang, and Justice Brown

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus.

We **DENY** as moot relator's motion for suspension of the rules of appellate procedure

concerning the required number of copies of the petition that must be filed. We **ORDER** relator

to bear the costs of this original procedure.

/s/  CAROLYN WRIGHT
   CHIEF JUSTICE